# CIVIL

CP/B

## 21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

## STATE OF LOUISIANA

DOCKET NO.: 167138          DIVISION: D

### SHAWN PIERRON

### VERSUS

### WAL-MART LOUISIANA, L.L.C. AND ROBERT DOE

***********************************************************************

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes SHAWN PIERRON, a resident of the full age of majority of the Parish of Livingston, State of Louisiana, who respectfully represent:

1.

Made Defendants herein are:



A. **WAL-MART LOUISIANA, L.L.C.**, or in the alternative an affiliate thereof, a foreign corporation, registered and doing business in the State of Louisiana with its registered agent listed as CT Corporation, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana 70808; and

B. **ROBERT DOE**, an unknown person believed to be a resident of the State of Louisiana.

2.

On or about April 13, 2019 at approximately 3:00 p.m., plaintiff, SHAWN PIERRON entered the premises believed to be owned and/or operated by WAL-MART LOUISIANA, L.L.C., or in the alternative an affiliate thereof, located at 904 S. Range Avenue, Denham Springs in the Parish of Livingston, State of Louisiana.

3.

Plaintiff walked in a careful and prudent manner by the electronics department of the above identified store owned, operated, and/or managed by Wal-Mart Louisiana, LLC, or in the alternative an affiliate thereof, when he suddenly and without warning fell. After Plaintiff fell, he noticed water on the floor. The fall and water were in very close proximity to the customer service area of the electronics department.

4.

Upon information and belief, the defendant, an employee of Wal-Mart Louisiana, LLC, ROBERT DOE, knew or should have known that there was water on the floor and as such, is responsible for the damages caused by the said unreasonably dangerous condition.

5.

Page 1 of 4

EXHIBIT A

On information and belief, defendant, ROBERT DOE, was acting within the course and scope of his employment with defendant, WAL-MART LOUISIANA, L.L.C., or in the alternative an affiliate thereof. As the employer of ROBERT DOE, WAL-MART LOUISIANA, L.L.C., is jointly, severally, solidarily and vicariously liable and responsible for the acts of negligence and damages caused by its said employee during the course and scope of said employee's employment under the doctrine of Respondeat Superior.

6.

This accident was caused by the fault of defendants, ROBERT DOE and WAL-MART LOUISIANA, L.L.C. in the following non-exclusive respects:

A. By failing to maintain a proper lookout so as to have timely corrected the unreasonably dangerous condition;

B. By failing to exercise reasonable care to keep its aisles and floors in safe condition;

C. By failing to timely correct an unreasonably dangerous condition on its premises;

D. By failing to maintain proper control of the premises;

E. By failing to properly inspect its premises;

F. By creating the unreasonably dangerous condition;

G. By failing to warn Plaintiff of the unreasonably dangerous condition;

H. By failing generally to exercise a degree of care commensurate with the existing circumstances at the time of the incident;

I. By violating safety rules and regulations thus performing job duties in a reckless, unsafe, and manner;

J. By failing to prevent Plaintiff from entering into what Defendant knew or should have known was an unsafe area; and,

K. Other acts of negligence which were the cause of this accident and will be shown at the trial of this matter.

7.

As a result of this accident, SHAWN PIERRON sustained the following non-exclusive elements of damages:

a. Physical pain, suffering and anguish (past, present and future);
b. Mental fright, shock, fear and anguish (past, present and future);
c. Medical expenses (past, present and future);
d. Loss of enjoyment of life;
e. Permanent residual disability; and
f. Other elements of damages which will be demonstrated with particularity at the trial of this matter.

EXHIBIT A.

8.

Upon information and belief, WAL-MART LOUISIANA, L.L.C., or in the alternative an affiliate thereof, is self-insured.

9.

As a direct result of the accident sued upon herein, plaintiff, SHAWN PIERRON, has been forced to undergo medical treatment for physical injuries and said injuries have required continued medical treatment and medical expenses; also, Plaintiff has suffered physical pain and suffering, mental anguish pain and suffering, loss of enjoyment of life, the potential for permanent disability, loss of future earnings and earnings capacity and other damages, all of which entitle Plaintiff to the recovery of reasonable damages.

**WHEREFORE**, plaintiff, SHAWN PIERRON, prays that Defendants be duly served and cited to appear and answer this Petition, and after the expiration of all legal delays and due proceedings are had, that there be a judgment rendered herein in favor of SHAWN PIERRON and against defendants, WAL-MART LOUISIANA, L.L.C., or in the alternative an affiliate thereof, and ROBERT DOE, in solido, for all items of special damages incurred by Plaintiff and such general damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of this proceeding, and all such other and equitable relief to which Plaintiff may be entitled.

Respectfully Submitted,

_____
ROBERT M. LUCKY (#28130)
MICHAEL MALINOWSKI (#28668)
THE LUCKY LAW FIRM, PLC
3765 Government Street, Suite A
Baton Rouge, Louisiana 70806
Telephone: (225) 387-5656
Facsimile: (225) 343-3411
Email: rlucky@theluckylawfirm.com
       michael@theluckylawfirm.com
Counsel for Plaintiff, Shawn Pierron

**PLEASE SERVE:**

**WAL-MART LOUISIANA, L.L.C.,**
or in the alternative an affiliate thereof,
Through its agent for service of process
C T Corporation
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this _____ /6/11 20_20
Deputy Clerk EXHIBIT A

21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON

STATE OF LOUISIANA

DOCKET NO.: 167138          DIVISION: D

SHAWN PIERRON

VERSUS

WAL-MART LOUISIANA, L.L.C. AND ROBERT DOE

*********************************************************************

## REQUEST FOR NOTICES

To:   Clerk of Court

21st Judicial District Court

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

Respectfully Submitted:

_____
ROBERT M. LUCKY (#28130)
MICHAEL MALINOWSKI (#28668)
THE LUCKY LAW FIRM, PLC
3765 Government Street, Suite A
Baton Rouge, Louisiana 70806
Telephone: (225) 387-5656
Facsimile: (225) 343-3411
Email: rlucky@theluckylawfirm.com
       michael@theluckylawfirm.com
Counsel for Plaintiff, Shawn Pierron

FILED
2020 JUN 10 PM 1:09
DEPUTY CLERK
CLERK OF COURT
PARISH OF LIVINGSTON

EXHIBIT A